Matter of Wildermuth (2023 NY Slip Op 04172)

Matter of Wildermuth

2023 NY Slip Op 04172

Decided on August 3, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 3, 2023

PM-160-23
[*1]In the Matter of Christopher Jacob Wildermuth, an Attorney. (Attorney Registration No. 5899430.)

Calendar Date:July 24, 2023

Before:Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ.

Christopher Jacob Wildermuth, Boston, Massachusetts, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Christopher Jacob Wildermuth was admitted to practice by this Court in 2021 and lists an address in Tallahassee, Florida with the Office of Court Administration. Wildermuth now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Wildermuth's application.
Upon reading Wildermuth's affidavit sworn to March 24, 2023 and filed April 17, 2023, and upon reading the July 21, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Wildermuth is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that Christopher Jacob Wildermuth's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Christopher Jacob Wildermuth's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Christopher Jacob Wildermuth is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Wildermuth is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Christopher Jacob Wildermuth shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.